IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**JOEL CHIRINOS,**

    Petitioner,

v.                           Case No. 4:16cv163-MW/GRJ

**SECRETARY, FLORIDA
DEPARTMENT OF CORRECTIONS,**

    Respondent.
_____/

**ORDER ACCEPTING AND ADOPTING
REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 3. Upon consideration, no objections having been filed by the parties,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "The petition for writ of habeas

1

corpus, ECF No. 1, is **DISMISSED** without prejudice." The Clerk shall close the file.

    **SO ORDERED on May 7, 2016.**

                                       **s/Mark E. Walker                **
                                       **United States District Judge**